Judge Pechman

```
____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED

        SEP 25 2000

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR98-315P |
| Plaintiff, | ORDER UNSEALING INDICTMENT |
| v. | |
| JAMES RUBIN ROWE, a/k/a KEVIN HOLLOWAY, | |
| Defendant. | |

Upon application of the United States of America and good cause appearing therefore,

IT IS HEREBY ORDERED that the Indictment in this case shall be unsealed.

DATED this 25 day of September, 2000.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

_____
FLOYD G. SHORT
Assistant United States Attorney

ORDER
(NO. CR98-315P)