1

2

Judge Pechman

FILED
LODGED
ENTERED
RECEIVED

AUG 3 0 2001

BY  AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

CR 98-00315 #00000009

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
    v.                     )
                           )
James Rubin Rowe,          )
A/K/A Kevin Holloway,      )
                           )
        Defendant.         )
_____)

NO.    CR98-315P

MOTION FOR DETENTION ORDER

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1.    Eligibility of Case.   This case is eligible for a detention order because this case involves (check all that apply):

____    Crime of violence (18 U.S.C. § 3156).

____    Maximum sentence of life imprisonment or death

____    10 + year drug offense

____    Felony, with two prior convictions in the above categories

_X_    Serious risk the defendant will flee

____    Serious risk of obstruction of justice

2.    Reason for Detention.    The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_    Defendant's appearance as required

_X_    Safety of any other person and the community

MOTION FOR DETENTION
ORDER / ROWE— 1

9

1   3.                          The United States (will, will not) invoke the rebuttable

2   presumption against defendant under §3142(e).  (If yes)  The presumption applies because

3   (check one or more):

4   __   Probable cause to believe defendant committed 10+ year drug offense or firearm offense

5        under 18 U.S.C. § 924(c)

6   __   Previous conviction for "eligible" offense committed while on pretrial bond

7   4. Time for Detention Hearing.    The United States requests the Court conduct the detention

8   hearing:

9   _X_   At the initial appearance

10  __   After continuance of _ days (not more than 3)

11  5.   Other matters.

12

13       Dated:  this 30th day of August, 2001.

14

15                                    Respectfully submitted,

16                                    FRANCIS J. DISKIN
                                      UNITED STATES ATTORNEY

17

18                                    FLOYD G. SHORT
                                      ASSISTANT UNITED STATES ATTORNEY

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION
ORDER/ROWE— 2